WILLIAM A. BORCHERT AND INGE BORCHERT v.
STEPHEN SCHNEIDER, M.D.

September 11, 1987.

Petition for certification denied.

PHILIP A. DE BLASIO v. NORTON CORROSION LIMITED, INC.

September 11, 1987.

Petition for certification denied.

ARTHUR SHEBAR v. SANYO BUSINESS
SYSTEMS CORPORATION.

September 11, 1987.

Petition for certification granted.   (See 218 *N.J.Super.* 111)

STATE OF NEW JERSEY v. BILLY REED.

September 11, 1987.

Petition for certification denied.   (See 215 *N.J.Super.* 105)